**TECHNOLOGY PROPERTIES LIMITED, INC., Plaintiff–Appellant,**

and

**Patriot Scientific Corporation, Plaintiff–Appellant,**

v.

**ARM, LTD. and Arm, Inc., Defendants–Appellees.**

No. 2008–1020.

United States Court of Appeals, Federal Circuit.

May 9, 2008.

Rehearing Denied June 6, 2008.

Roger L. Cook, Townsend and Townsend and Crew LLP, of San Francisco, CA, argued for all plaintiffs-appellants. With him on the brief for Technology Properties Limited, Inc., were Nancy L. Tompkins, Eric P. Jacobs, and Cathy E. Cretsinger.

Charles T. Hoge, Kirby Noonan Lance & Hoge LLP, of San Diego, CA, for plaintiff-appellant, Patriot Scientific Corporation.

Kevin P. Anderson, Wiley Rein LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were Gregory R. Lyons and James H. Wallace, Jr. Of counsel was Brian H. Pandya.

Before DYK and PROST, Circuit Judges, and HOCHBERG, District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

* Honorable Faith S. Hochberg, District Judge, United States District Court for the District of New Jersey, sitting by designation.